DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL MOSHE-ROMANO,**
Appellant,

v.

**LIOR MOSHE-ROMANO,** et al.,
Appellees.

No. 4D2025-2739

[April 9, 2026]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Catalina M. Avalos, Judge; L.T. Case No. FMCE24-017813.

Michael Moshe-Romano, Pembroke Pines, pro se.

Lior Moshe-Romano, Pembroke Pines, pro se.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., GROSS and GERBER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***